# Exhibit "A"

Office of the Maine Attorney General

Home > Consumer Information > Privacy, Identity Theft and Data Security Breaches > Data Breach Notifications

# Data Breach Notifications

## Entity Information

- Type of Organization: **Financial Services**
- Entity Name: **Eisner Advisory Group LLC**
- Street Address: **2501 S. Wayzata Blvd.**
- City: **Minneapolis**
- State, or Country if outside the US: **MN**
- Zip Code: **55405**

## Submitted By

- Name: **Shari Savitt**
- Title: **General Counsel and Chief Risk Officer**
- Firm name (if different than entity):
- Telephone Number: **(212) 891-6896**
- Email Address: **Shari.Savitt@eisneramper.com**
- Relationship to entity whose information was compromised: **Counsel**

## Breach Information

- Total number of persons affected (including residents): **84,795**
- Total number of Maine residents affected: **82**
- If the number of Maine residents exceeds 1,000, have the consumer reporting agencies been notified:
- Date(s) Breach Occured: **September 04, 2023**
- Date Breach Discovered: **March 25, 2025**
- Description of the Breach:
    - **External system breach (hacking)**
- Information Acquired - Name or other personal identifier in combination with:

## Notification and Protection Services

- Type of Notification: **Written**
- Date(s) of consumer notification: **April 08, 2025**
- Copy of notice to affected Maine residents: **Eisner_Advisory_Group_LLC_-_Notice_of_Data_Event_-_ME.pdf**
- Date of any previous (within 12 months) breach notifications:
- Were identity theft protection services offered: **Yes**
- If yes, please provide the duration, the provider of the service and a brief description of the service: **IDX, 12 months, credit monitoring and identity theft protection**

**Credits**

Copyright © 2014
All rights reserved.